BAUMGARTNER V PERRY PUBLIC SCHOOLS and AUBERT V REED CITY AREA SCHOOLS and WRIGHT V FLINT COMMUNITY SCHOOLS, Nos. 151479, 151480, and 151481; Court of Appeals Nos. 313945, 314158, and 314696.

BERNSTEIN, J., would grant leave to appeal.

*In re* JOHNSON, Nos. 151775 and 151776; Court of Appeals Nos. 324032 and 324033.

*Rehearing Denied July 21, 2015:*

STONE V MICHIGAN STATE POLICE, No. 149940; opinion at 497 Mich 290.

*Summary Disposition July 28, 2015:*

LORILLARD TOBACCO COMPANY V DEPARTMENT OF TREASURY, No. 150664; Court of Appeals No. 313256. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we vacate the judgment of the Court of Appeals and we remand this case to the Court of Appeals for reconsideration in light of 2014 PA 282.

PEOPLE V EUGENE BROWN, No. 151036; Court of Appeals No. 324575. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

HOME-OWNERS INSURANCE COMPANY V SMITH, No. 151058; Court of Appeals No. 322694. Pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for consideration as on leave granted.

*Leave to Appeal Denied July 28, 2015:*

PEOPLE V DAVIS, No. 149708; Court of Appeals No. 308922.

KEYWORTH V STATE OF MICHIGAN, No. 150214; Court of Appeals No. 314861.

PEOPLE V LEWIS HARBIN, No. 150253; Court of Appeals No. 321596.

PEOPLE V REGGIE BURKS, No. 150363; Court of Appeals No. 322023.

PEOPLE V JAMAR PINKNEY, No. 150366; Court of Appeals No. 323932.

PEOPLE V HARRIS, No. 150380; Court of Appeals No. 322825.

PEOPLE V HOLCOMB, No. 150402; Court of Appeals No. 322907.

PEOPLE V GARDNER, No. 150464; Court of Appeals No. 322848.

PEOPLE V VEGA, No. 150480; Court of Appeals No. 323619.